179 P.3d 263

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Porter v. Hu ..................... | 26438, 26602 | 03/03/2008 | Denied | 116 Hawai'i 42, 169 P.3d 994 |